No. 44. EX PARTE AMY.—Solicitud de *habeas corpus* presentada al Juez Asociado Sr. Aldrey. Resuelto en agosto 3, 1912. Desistida la solicitud por el peticionario. Abogado del peticionario: *Sr. Manuel A. Martínez.*

---

No. 53. EX PARTE PICORNELL.—Solicitud de la National Surety Company para que dé por terminada la fianza notarial. Resuelto en agosto 2, 1912. Terminada la fianza notarial.

---

No. 271. EX PARTE FAJARDO.—Solicitud para que se apruebe la fianza notarial otorgada por la National Surety Company. Resuelto en agosto 26, 1912. Aprobada la fianza. El peticionario compareció en nombre propio.

---

EX PARTE GARCÍA.—Sobre aprobación de fianza para el cargo de Property Clerk. Resuelto en octubre 7, 1912. Aprobada la fianza.

---

No. 466. EL PUEBLO *v.* CARDONA.—Apelación procedente de la Corte de Distrito de Guayama. Moción del apelante desistiendo de la apelación. Resuelto en octubre 8, 1912. Desistida la apelación. Abogado del apelante: *Sr. Manuel A. Martínez.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 900. A. HARTMAN & Co. *v.* CASTAÑER.—Apelación procedente de la Corte de Distrito de Guayama. Moción para que se desestime la apelación. Resuelto en octubre 8, 1912. Desestimada la apelación por incumplimiento de la sección 12 de la ley de desahucio de marzo 9, 1905. Abogados del apelado: *Sres. Alvarez Nava y Domínguez.* Abogado del apelante: *Sr. C. Domínguez Rubio.*